**In the Matter of Ernest William COLEMAN, Debtor.**

**Ernest William COLEMAN, Appellant, v. FEDERAL LAND BANK OF LOUISVILLE, Appellee.**

No. 7554.

Circuit Court of Appeals, Sixth Circuit.

Dec. 8, 1937.

For opinion below, see 21 F.Supp. 923.

D. A. Sachs, Jr., of Louisville, Ky., for appellant.

J. F. Williamson and John S. Grimes, both of Louisville, Ky., for appellee.

Before HICKS and ALLEN, Circuit Judges, and NEVIN, District Judge.

PER CURIAM.

Upon a consideration of the facts as disclosed by the record in this case, this court is of opinion that the District Court was correct in finding (1) "Subsection (s) does not authorize the court to grant an extension of time arbitrarily"; (2) "The debtor's offer of composition and extension was not made in good faith as that term is used in the statute"; and that the court did not err in its order dismissing the petition of petitioner in that court, appellant here. In re Borgelt, 7 Cir., 79 F.2d 929; Steverson v. Clark, 4 Cir., 86 F.2d 330; In re Reichert, D.C., 13 F.Supp. 1, 4, 5; In re Schaeffer, D.C., 14 F.Supp. 807; In re Byrd, D.C., 15 F.Supp. 453; In re Wylie, D.C., 16 F.Supp. 193, 194. All, among others, cited in footnote 6, in Wright v. Vinton Mountain Trust Bank, 300 U.S. 440, 462-463, 57 S.Ct. 556, 562, 81 L.Ed. 736.

The order of the District Court is affirmed.

**Frank COLLINS, Plaintiff-Appellant, v. UNITED STATES of America, Defendant-Appellee.**

No. 7817.

Circuit Court of Appeals, Sixth Circuit.

Jan. 6, 1938.

Taft, Stettinius & Hollister, of Cincinnati, Ohio, for appellant.

E. B. Freed, of Cleveland, Ohio, and Harry Leroy Jones, of Washington, D. C., for the United States.

PER CURIAM.

It appearing to the court that the opinions of the Supreme Court of the United States in James D. Smyth, etc., et al. v. United States, Dixie Terminal Company v. United States, and United States of America v. Arthur W. Machen, 302 U.S. ——, 58 S.Ct. 248, 82 L.Ed. ——, decided December 13, 1937, are ruling authority on the questions raised by the appellant in the above-captioned case, it is therefore ordered, adjudged, and decreed that the appeal herein pending be, and the same is, dismissed at the cost of the appellant.

**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. FIDELITY–PHILADELPHIA TRUST CO. et al., Executors of McClees' Estate.**

No. 6478.

Circuit Court of Appeals, Third Circuit.

Dec. 31, 1937.

James W. Morris, Asst. Atty. Gen., and Sewall Key and Harry Marselli, Sp. Assts. to Atty. Gen., for petitioner.

E. Perry Campbell, of Philadelphia, Pa., for respondents.

Before BUFFINGTON, DAVIS, and BIGGS, Circuit Judges.

PER CURIAM.

This is an appeal by the Commissioner of Internal Revenue from an order of the Board of Tax Appeals. By reference to the opinion of the latter, which fully states the facts, we avoid needless repetition. After argument and full consideration had, we find no error in the Tax Board's ruling, and, as no practice or principle is involved, we limit ourselves to dismissing the Commissioner's appeal on the opinion of the Tax Board.